# Order

**Michigan Supreme Court**
**Lansing, Michigan**

August 1, 2011

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

142106(41)

ARTHUR WHITMORE and ELAINE
WHITMORE,
      Plaintiffs-Appellees,

v

                                          SC: 142106
                                          COA: 289672

CHARLEVOIX COUNTY ROAD
COMMISSION,
      Defendant-Appellant.

Charlevoix CC: 08-014922-NO

_____

      On order of the Chief Justice, the motion by plaintiffs-appellees for extension of time for filing their supplemental brief is considered and it is granted.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

August 1, 2011
_____
                                            Clerk